UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BERKE LAW FIRM, P.A.,

       Plaintiff,

v.                             Case No: 2:14-cv-11-FtM-29DNF

CAROLYN W. COLVIN Commissioner of Social Security[1],

       Defendant.
_____

**OPINION AND ORDER**

This matter comes before the Court on the Commissioner's Opposed Motion to Dismiss Complaint (Doc. #10) filed on May 14, 2014. Plaintiff filed a Response to Motion to Dismiss Complaint (Doc. #12) on May 29, 2014, and the Commissioner filed a Reply to Plaintiff's Response (Doc. #14) on June 9, 2014, with leave of Court.

The Complaint for Writ of Mandamus (Doc. #1) seeks to compel the Commissioner of Social Security to pay plaintiff attorney fees owed in three social security disability cases. Both parties agree that these attorney fees have now been paid. Once plaintiff obtains the relief requested, a request for a writ of mandamus becomes moot. Williams v. Simons, 355 U.S. 49, 57 (1957).

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the acting Commissioner is substituted.

Therefore, the Complaint for Writ of Mandamus is moot since there is no longer any factual basis on which to issue such a writ. The motion to dismiss will be granted on this basis.

In its Response, plaintiff asserts that it is now entitled to attorney fees as the prevailing party in this case. That may or may not be correct, but it is not a basis to deny the motion to dismiss. Plaintiff may file a separate motion for attorney fees within the required time, if deemed appropriate.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Opposed Motion to Dismiss Complaint (Doc. #10) is **GRANTED.**

2. The Clerk shall enter judgment dismissing the case as moot, terminate all deadlines, and close the file.

3. Plaintiff may file a motion for attorney fees within **FOURTEEN (14) DAYS** of the date of the judgment.

**DONE and ORDERED** at Fort Myers, Florida, this ___11th___ day of July, 2014.

_/s/ John E. Steele_
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record